**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of: <br><br> STACY LYNN PHILLIPS <br><br><br> Debtor | Chapter 13 <br><br> Case No. 21-10085-KHK |

**OBJECTION TO CONFIRMATION OF PLAN,**
**NOTICE OF OBJECTION TO CONFIRMATION OF PLAN**
**AND**
**NOTICE OF SCHEDULED HEARING ON THIS OBJECTION**

Thomas P. Gorman, Chapter 13 Trustee, has filed this objection to confirmation of your Chapter 13 Plan filed January 21, 2021. The cause for this objection is as follows:

> **Violation of 11 U.S.C. §1325(a)(6)** - Feasibility.
> - Plan is predicated on successful lien strip based on highly speculative (service of process) grounds.
> - Debtor has not made her first Plan payment that was due on February 20, 2021.
>
> **Violation of 11 U.S.C. §1325(a)(4)** - Liquidation Test.
> - Property would appear to have more net equity than Plan proposed to pay.
>
> **Violation of 11 U.S.C. §1325(a)(6)** - Feasibility.
> - Objection filed to preserve the rights of the Chapter 13 Trustee. The Section 341 Meeting of Creditors has been adjourned from February 23, 2021 to March 9, 2021 at 11:30 A.M.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

**Notice of Objection To Confirmation**
Stacy Lynn Phillips, Case # 21-10085-KHK

If you do not wish the court to grant the relief sought in the objection, or if you want the court to consider your views on the objection, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. You must mail a copy to the persons listed below.

***Attend the hearing to be held on March 25, 2021 at 1:30 p.m., in Courtroom III on the 3rd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.[1]*** If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

    Thomas P. Gorman
    300 North Washington Street, Ste, 400
    Alexandria, VA 22314

    Clerk of the Court
    United States Bankruptcy Court
    200 South Washington Street
    Alexandria, VA 22314

---

[1] Pursuant to the Bankruptcy Court's Protocol in response to COVID-19 Public Health Emergency, parties appearing for hearings shall appear via Zoom for Government and must pre-register and follow the procedures set forth at https://www.vaeb.uscourts.gov/wordpress/?page_id=9098.

**Notice of Objection To Confirmation**
Stacy Lynn Phillips, Case # 21-10085-KHK

      If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: _February 26, 2021_____           __/s/Thomas P. Gorman _____
                                                                     Thomas P. Gorman
                                                                   Chapter 13 Trustee
                                                                   300 N. Washington Street, #400
                                                                   Alexandria, VA 22314
                                                                   (703) 836-2226
                                                                   VSB 26421

### CERTIFICATE OF SERVICE

I hereby certify that I have this 26th day of February, 2021, served via ECF to authorized users or mailed a true copy of the foregoing Objection to Confirmation, Notice of Objection and Notice of Hearing to the following parties.

| | |
|---|---|
| Stacy Lynn Phillips | Martin C. Conway |
| Chapter 13 Debtor | Attorney for Debtor |
| 5267 Quebec Place | Conway Law Group, PC |
| Woodbridge, VA 22193 | 12934 Harbor Drive, Suite 107 |
| | Woodbridge, VA 22192 |

                                                                   __/s/ Thomas P. Gorman_____
                                                                   Thomas P. Gorman