**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of:<br><br>STACY LYNN PHILLIPS<br><br><br>Debtor | Chapter 13<br><br>Case No. 21-10085-KHK |

**<u>AMENDED OBJECTION TO CONFIRMATION OF PLAN</u>**

Thomas P. Gorman, Chapter 13 Trustee, has filed this amended objection to confirmation of your Chapter 13 Plan filed January 21, 2021. The cause for this additional objection is as follows:

> **Violation of 11 U.S.C. §1325(a)(6) and 11 U.S.C. 1325(a)(3)** – Feasibility and Good Faith.
> - Section 4B of Plan proposes to surrender collateral twice described as a "timeshare" to Service Finance Company. Service Finance Co., LLC has filed unsecured Proof of Claim #9-1 for that debt, and the supporting documents describe the collateral as "WINDOWS/DOORS" (Pg. 5). Accordingly, the creditor secured by the "Sheraton Flex Vacation Plan Timeshare" has not been given notice of the Debtor's intent to surrender.

Date: _March 17, 2021_____          __/s/Thomas P. Gorman _____
                                     Thomas P. Gorman
                                     Chapter 13 Trustee
                                     300 N. Washington Street, #400
                                     Alexandria, VA 22314
                                     (703) 836-2226
                                     VSB 26421

**Amended Objection To Confirmation**
Stacy Lynn Phillips, Case # 21-10085-KHK

## CERTIFICATE OF SERVICE

I hereby certify that I have this 17th day of March, 2021, served via ECF to authorized users or mailed a true copy of the foregoing Amended Objection to Confirmation to the following parties.

| | |
|---|---|
| Stacy Lynn Phillips | Martin C. Conway |
| Chapter 13 Debtor | Attorney for Debtor |
| 5267 Quebec Place | Conway Law Group, PC |
| Woodbridge, VA 22193 | 12934 Harbor Drive, Suite 107 |
| | Woodbridge, VA 22192 |

    /s/ Thomas P. Gorman_____
Thomas P. Gorman