**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of:<br><br>STACY LYNN PHILLIPS<br><br>Debtor | Chapter 13<br><br>Case No. 21-10085-KHK |

**MOTION TO DISMISS,
NOTICE OF MOTION TO DISMISS
AND
NOTICE OF SCHEDULED HEARING ON THIS MOTION**

Thomas P. Gorman, Chapter 13 Trustee, has filed this motion to dismiss your Chapter 13 case. The cause for this motion is as follows:

**Violation of to 11 U.S.C. §109(e) –** Debtor's unsecured debt totals $419,501.19, which exceeds the statutory unsecured debt limit of $419,275.00 under 11 U.S.C. §109(e). (See attached worksheet.)

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before five business days prior to the scheduled hearing. You must mail a copy to the persons listed below.

*Attend the hearing to be held on April 15, 2021 at 1:30 p.m., in Courtroom III on the 3rd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria,*

**Notice and Motion to Dismiss**
Stacy Lynn Phillips, Case #«print_casenum»

*VA 22314.*[1]  If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

>Thomas P. Gorman
>300 North Washington Street, Ste.400
>Alexandria, VA 22314

>Clerk of the Court
>United States Bankruptcy Court
>200 South Washington Street
>Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date:      March 23, 2021                     __/s/ Thomas P. Gorman_____
                                              Thomas P. Gorman
                                              Chapter 13 Trustee
                                              300 N. Washington Street, #400
                                              Alexandria, VA 22314
                                              (703) 836-2226
                                              VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 23rd day of March, 2021, served via ECF to authorized users or mailed a true copy of the foregoing Motion to Dismiss, Notice of Motion and Notice of Hearing to the following parties.

| | |
|---|---|
| Stacy Lynn Phillips | Martin C. Conway |
| Chapter 13 Debtor | Attorney for Debtor |
| 5267 Quebec Place | Conway Law Group, PC |
| Woodbridge, VA 22193 | 12934 Harbor Drive, Suite 107 |
| | Woodbridge, VA 22192 |

                                              __/s/ Thomas P. Gorman_____
                                              Thomas P. Gorman

---

[1] Pursuant to the Bankruptcy Court's Protocol in response to COVID-19 Public Health Emergency, parties appearing for hearings shall appear via Zoom for Government and must pre-register and follow the procedures set forth at https://www.vaeb.uscourts.gov/wordpress/?page_id=9098.