| Creditor | PoC# | Debtor 1 |
|---|---|---|
| American Express National Bank | 8 | 6,517.57 |
| Capital One Bank (USA), N.A. | 3 | 3,111.37 |
| Capital One Bank (USA), N.A. | 4 | 2,275.68 |
| Citibank | | 14,925.00 |
| Citibank | | 3,212.91 |
| Discover Bank | 1 | 19,400.84 |
| U.S. Department of Education | 2 | 338,661.61 |
| Freedom Plus | | 21,056.00 |
| Capital One N.A. | 5 | 4,681.19 |
| Synchrony Bank/Amazon | | 5,490.13 |
| Verizon | 10 | 168.89 |
| **Total** | | 419,501.19 |